UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RANDY CLAYTON JOYNER,  )<br>　　　　　Plaintiff,  )<br>　　　　　　　　　　)<br>　v.　　　　　　　　　)<br>　　　　　　　　　　)<br>CAROLYN W. COLVIN, Acting Commissioner  )<br>of Social Security,  )<br>　　　　　Defendant.  ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:15-CV-395-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 28]. Plaintiff's motion for judgment on the pleadings [D.E. 17] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 25] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on January 6, 2017, and Copies To:**

Jonathan Howell Winstead　　　　　　　　　(via CM/ECF electronic notification)

Christian M. Vainieri　　　　　　　　　　　(via CM/ECF electronic notification)


DATE:　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK
January 6, 2017　　　　　　　　(By)  /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　Deputy Clerk