UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-cv-00395-D

| | |
|---|---|
| RANDY CLAYTON JOYNER, | ) |
| Plaintiff, | ) |
| v. | ) ORDER ON PLAINTIFF'S MOTION |
| | ) FOR ATTORNEYS FEES AND COSTS |
| | ) PURSUANT TO THE EQUAL |
| CAROLYN W. COLVIN, | ) ACCESS TO JUSTICE ACT, |
| Acting Commissioner of | ) 28 U.S.C. SECTION 2412 |
| Social Security, | ) |
| Defendant. | ) |

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that Defendant pay to Plaintiff the sum of $2,112.95 in attorney's fees, made payable to Plaintiff, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

SO ORDERED. This __20__ day of January 2017.

JAMES C. DEVER III
Chief United States District Judge