UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RANDY CLAYTON JOYNER, )
        Plaintiff, )
         )    **JUDGMENT IN A CIVIL CASE**
  v. )
         )    **CASE NO. 5:15-CV-395-D**
CAROLYN W. COLVIN, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff the sum of $2,112.95 in attorney's fees, made payable to Plaintiff, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. §2412.

**This Judgment Filed and Entered on January 20, 2017, and Copies To:**

Jonathan Howell Winsttead                      (via CM/ECF electronic notification)

Christian M. Vainieri                            (via CM/ECF electronic notification)

DATE:                                   JULIE RICHARDS JOHNSTON, CLERK
January 20, 2017                      (By) /s/ Nicole Briggeman
                                        Deputy Clerk